```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 12363
   MAC Z ZURAWSKI
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7985

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/29/2006 and was confirmed 11/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
GMAC                      SECURED VEHIC   22199.00       2333.47       7735.52
GMAC                      UNSECURED         473.97          .00            .00
ACCREDITED HOME LENDERS   SECURED NOT I       .00           .00            .00
AMERICREDIT FINANCIAL SV  SECURED VEHIC       .00           .00            .00
ARONSON FURNITURE         SECURED NOT I       .00           .00            .00
NEW CENTURY MORTGAGE COR  SECURED NOT I       .00           .00            .00
AMERICAN UNIVERSITY       UNSECURED       NOT FILED        .00            .00
ANIKA JOHNSON             NOTICE ONLY     NOT FILED        .00            .00
ANNETTE TAYLOR            NOTICE ONLY     NOT FILED        .00            .00
CARRIE SLATER             NOTICE ONLY     NOT FILED        .00            .00
ROUNDUP FUNDING LLC       UNSECURED         206.99          .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED        .00            .00
PREMIER BANKCARD          UNSECURED         257.99          .00            .00
GREAT LAKES SPECIALTY FI  UNSECURED       NOT FILED        .00            .00
KIM SMITH                 NOTICE ONLY     NOT FILED        .00            .00
M3 FINANCIAL SVCS         UNSECURED       NOT FILED        .00            .00
ST JAMES HOSPITAL         UNSECURED       NOT FILED        .00            .00
PAYDAY LOANS              UNSECURED        1513.09          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED        .00            .00
RUSH UNIVERSITY           UNSECURED       NOT FILED        .00            .00
SALLIE MAE GUARANTEE SER  UNSECURED         398.04          .00            .00
TCF NATIONAL BANK         UNSECURED       NOT FILED        .00            .00
US DEPT OF EDUCATION      UNSECURED       52070.47          .00            .00
WEISBERG LAW OFFICE       UNSECURED       NOT FILED        .00            .00
ACCREDITED HOME LENDERS   NOTICE ONLY     NOT FILED        .00            .00
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED        .00            .00
DANIEL J WINTER           DEBTOR ATTY      2,689.00                     1,439.57
TOM VAUGHN                TRUSTEE                                         821.44
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 12363 MAC Z ZURAWSKI
```

```
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 12,330.00

PRIORITY                                             .00
SECURED                                         7,735.52
    INTEREST                                    2,333.47
UNSECURED                                            .00
ADMINISTRATIVE                                  1,439.57
TRUSTEE COMPENSATION                              821.44
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                  12,330.00              12,330.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                    PAGE   2
     CASE NO. 06 B 12363 MAC Z ZURAWSKI